# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| TECHSYS CHASSIS, INC. | § | |
| | § | |
| VS. | § | Case No. 4:08cv203 |
| | § | (Judge Schneider/Judge Mazzant) |
| SULLAIR CORPORATION | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On June 23, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Amended Partial Motion to Dismiss (Dkt. #20) and Defendant's Supplemental Motion to Dismiss (Dkt. # 58) should be denied.

The Court, having made a *de novo* review of the objections raised by Defendant, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court, and Defendant's Amended Partial Motion to Dismiss and Supplemental Motion to Dismiss are denied.

It is, therefore, **ORDERED** that Defendant's Amended Partial Motion to Dismiss (Dkt. #20) and Defendant's Supplemental Motion to Dismiss (Dkt. # 58) are DENIED.

**SIGNED this 16th day of July, 2009.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE